

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | 14-cv-3023 |
| Plaintiff, | |
| v. | Judge Pallmeyer <br> Magistrate Judge Martin |
| SOUTHWEST IMAGING, INC., and JOHN DOES 1-10, | |

### ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Southwest Imaging, Inc., and in Plaintiff's favor, in the amount of $1,500.00 for Plaintiff in statutory damages, plus $3,409.50 in attorneys' fees and $455.00 in costs of suit.

Defendant Southwest Imaging, Inc. is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: August 21, 2014

_____
Judge